IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Garza,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio, et al.,<br><br>    Defendants. | No. CV 05-3592-PHX-DGC (ECV)<br><br>**ORDER** |

Plaintiff has filed a Motion for Case Status (Doc. #11). Plaintiff was recently notified of the status of his case in the court's order (Doc. #12) dated March 3, 2006. The court explained that Defendant Arpaio has filed a motion to dismiss against him and that he must respond by a certain date. Accordingly, the motion for status will be denied as moot.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Case Status (Doc. #11) is **denied as moot.**

DATED this 27th day of March, 2006.

_____
Edward C. Voss
United States Magistrate Judge